UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>    Petitioner,<br><br>    v.<br><br>DANNY SAMUEL,<br><br>    Respondent. | Case No. 22-cv-08891-FMO-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition") and accompanying exhibits, the submissions in connection with the Motion to Dismiss the Petition ("Motion to Dismiss"), and all of the records herein, including the April 20, 2023 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and petitioner's Reply to the Report and Recommendation in which he essentially consents to the dismissal of this action.

IT IS HEREBY ORDERED that the Motion to Dismiss is granted and the Petition and this action are dismissed without prejudice.

///

///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 30, 2023

/s/
_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE