JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE WASHINGTON, | ) | Case No. 22-cv-08891-FMO-JC |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DANNY SAMUEL, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

DATED: May 30, 2023

/s/
_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE